445 A.2d 197

Commonwealth v. Carson a/k/a Brown, Appellant.
Petition for Allowance of Appeal Granted May 25, 1982.

Submitted December 15, 1981.  Burton A. Rose, for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.

445 A.2d 197

Commonwealth v. Daniels, Appellant.

Submitted May 20, 1981.  M. Dan Mason, for appellant;  David F. Mowrey, Assistant District Attorney, for Commonwealth, appellee.

Before MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.